Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas ▼

Houston Division

United States Courts
Southern District of Texas
FILED
MAY 24 2018
David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| ANGEL FLORES, CESAR HERNANDEZ, DEBORAH RIVERA, LAURA LOZOYA AND SALLY A MATINEZ Individually and On Behalf of All Others Similiarly Situate <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> JBM JANITORIAL MAINTENANCE, INC. KRC FLOOR MAINTENANCE, INC. VIRIDIANA GARCIA A/K/A/ VIRIDIANA MARTINEZ, RAFAEL V. MARTINEZ <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:18-CV-01263 <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ✔ Yes ☐ No |

## THE DEFENDANT'S ANSWER TO THE COMPLAINT

I. **The Parties Filing This Answer to the Complaint**

Provide the information below for each defendant filing this answer or other response to the allegations in the plaintiff's complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JBM JANITORIAL MAINTENANCE, INC. |
| Street Address | 7002 HILLSBORO ST |
| City and County | HOUSTON |
| State and Zip Code | TEXAS 77020 |
| Telephone Number | CELL;713-330-5050 |
| E-mail Address | |

II. **The Answer and Defenses to the Complaint**

A. **Answering the Claims for Relief**

On a separate page or pages, write a short and plain statement of the answer to the allegations in the complaint. Number the paragraphs. The answer should correspond to each paragraph in the complaint, with paragraph 1 of the answer corresponding to paragraph 1 of the complaint, etc. For each paragraph in the complaint, state whether: the defendant admits the allegations in that paragraph; denies the allegations; lacks sufficient knowledge to admit or deny the allegations; or admits certain allegations but denies, or lacks sufficient knowledge to admit or deny, the rest.

United States Bankruptcy Court
Southern District of Texas

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 05/23/2018 at 8:14 PM and filed on 05/23/2018.

**JBM Janitorial Maintenance, Inc.**
7002 Hillsboro St
Houston, TX 77020
Tax ID / EIN: 45-4920711



The case was filed by the debtor's attorney:

**Jessica Lee Hoff**
Hoff Law Offices PC
14 Inverness Dr E
Ste H-236
Englewood, Co 80112
303-803-4438

The case was assigned case number 18-32691.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.txs.uscourts.gov/ or at the Clerk's Office, United States Bankruptcy Court, PO Box 61010, Houston, TX 77208.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**David J. Bradley**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 05/23/2018 20:17:03 ||||
| **PACER Login:** | ho1265:3344817:0 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 18-32691 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |