UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANGEL FLORES, CESAR HERNANDEZ, DEBORAH RIVERA, LAURA LOZOYA and SALLY A. MARTINEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>JBM JANITORIAL MAINTENANCE, INC., KRC FLOOR MAINTENANCE, INC., VIRIDIANA GARCIA A/K/A VIRIDIANA MARTINEZ, RAFAEL V. MARTINEZ and CECIL M. MARTINEX<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § | No. 4:18-cv-01263<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff, Angel Flores, Individually and On Behalf of All Others Similarly Situated, and pursuant to this Court's order, Plaintiff, hereby files this Certificate of Interested Parties, listing all persons, associations of persons, firms, partnerships,

- 2 -

corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Angel Flores, Plaintiff
   c/o Melissa Moore
   MOORE & ASSOCIATES
   Lyric Centre
   440 Louisiana, Suite 675
   Houston, Texas 77002

2. Cesar Hernandez, Plaintiff
   c/o Melissa Moore
   MOORE & ASSOCIATES
   Lyric Centre
   440 Louisiana, Suite 675
   Houston, Texas 77002

3. Deborah Rivera, Plaintiff
   c/o Melissa Moore
   MOORE & ASSOCIATES
   Lyric Centre
   440 Louisiana, Suite 675
   Houston, Texas 77002

4. Laura Lozoya, Plaintiff
   c/o Melissa Moore
   MOORE & ASSOCIATES
   Lyric Centre
   440 Louisiana, Suite 675
   Houston, Texas 77002

5. Sally Martinez, Plaintiff
   c/o Melissa Moore
   MOORE & ASSOCIATES
   Lyric Centre
   440 Louisiana, Suite 675
   Houston, Texas 77002

6.   Melissa Moore, Counsel for Plaintiffs
     MOORE & ASSOCIATES
     Lyric Centre
     440 Louisiana, Suite 675
     Houston, Texas  77002

7.   Curt Hesse, Counsel for Plaintiffs
     MOORE & ASSOCIATES
     Lyric Centre
     440 Louisiana, Suite 675
     Houston, Texas  77002

8.   Bridget Davidson, Counsel for Plaintiffs
     MOORE & ASSOCIATES
     Lyric Centre
     440 Louisiana, Suite 675
     Houston, Texas  77002

9.   JBM Janitorial Maintenance, Inc., Defendant
     c/o Viridiana Garcia
     7002 Hillsboro St.
     Houston, Texas 77020

10.  KRC Floor Maintenance, Inc., Defendant
     c/o Rafael Martinez
     6101 Lyons Ave., Ste. B
     Houston, Texas 77020

11.  Viridiana Garcia, Defendant
     a/k/a Viridiana Martinez
     7002 Hillsboro St.
     Houston, Texas 77020

12.  Rafael V. Martinez
     7002 Hillsboro St.
     Houston, Texas 77020

- 4 -

13. Cecil M. Martinez
    7002 Hillsboro St.
    Houston, Texas 77020

Respectfully Submitted,

**MOORE & ASSOCIATES**

By: /s/ Melissa Moore
Melissa Moore
State Bar No. 24013189
Federal Id. No. 25122
Curt Hesse
Federal Id. No. 968465
State Bar No. 24065414
Lyric Center
440 Louisiana St., Ste 675
Houston, Texas 77002
Telephone: (713) 222-6775
Facsimile: (713) 222-6739

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was forwarded to all counsel of record on the 29th day of May 2018 via the Court's CM/ECF system.

/s/ Melissa Moore
Melissa Moore