United States District Court
Southern District of Texas
**ENTERED**
June 13, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANGEL FLORES, CESAR HERNANDEZ, DEBORAH RIVERA, LAURA LOZOYA and SALLY A. MARTINEZ, Individually and On Behalf of All Others Similarly Situated, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 4:18-cv-01263 |
| JBM JANITORIAL MAINTENANCE, INC., KRC FLOOR MAINTENANCE, INC., VIRIDIANA GARCIA A/K/A VIRIDIANA MARTINEZ, RAFAEL V. MARTINEZ and CECIL M. MARTINEX | § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

At the Plaintiffs' request and in accordance with FED. R. CIV. P. 41(a)(2), Plaintiff's claims against JBM Janitorial Maintenance, Inc. and Viridiana Garcia a/k/a Viridiana Martinez are dismissed without prejudice to refiling.

All other parties remain active.

SIGNED this 13th day of June _____ in the year 2018 at Houston, Texas.