```
                 IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                           HOUSTON DIVISION

ANGEL FLORES, ET AL             )      NO. 4:18-CV-1263
                                )
                                )
VS.                             )      Houston, Texas
                                )      11:00 a.m.
                                )
JBM JANITORIAL MAINTENANCE,     )      October 16, 2019
INC., ET AL                     )


     **********************************************************

                              HEARING

              BEFORE THE HONORABLE KEITH P. ELLISON

                    UNITED STATES DISTRICT JUDGE

                           VOLUME 1 OF 1

     **********************************************************
APPEARANCES:

FOR THE PLAINTIFFS:

     Mr. Curt Christopher Hesse
     Moore & Associates
     440 Louisiana Street
     Suite 675
     Houston, Texas  77002
     Tel:  713-222-6739
     Email:  Curt@mooreandassociates.net
      (Telephonic appearance)

FOR THE DEFENDANT RAFAEL V. MARTINEZ (PRO SE):

     Mr. Rafael V. Martinez
     7002 Hillsboro Street
     Houston, Texas  77020
     Tel:  832-262-5050
     Email:  Krc.rafael@gmail.com
```

```
 1  ALSO PRESENT:

 2       Ms. Mary Ann Guillen

 3  COURT REPORTER:

 4       Ms. Kathleen K. Miller, CSR, RMR, CRR
         515 Rusk, Room 8004
 5       Houston, Texas  77002
         Tel:  713-250-5087
 6
    Proceedings recorded by mechanical stenography.
 7  Transcript produced by computer-assisted transcription.

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2             THE COURT:  Good morning.
 3             MR. MARTINEZ:  Good morning.
 4             THE COURT:  Okay.  We're here on Flores vs. JBM
 5   Janitorial.  Is plaintiff on the line?
 6             MR. HESSE:  Yes, Your Honor.  Curt Hesse for
 7   the plaintiffs.
 8             THE COURT:  Okay.  And Mr. Martinez is here on
 9   behalf of defendant; is that right?
10             MR. MARTINEZ:  Yes, sir.
11             THE COURT:  Well, this is a recurring issue.
12   We really can't allow a corporation to be represented by a
13   nonlawyer, but, let's go to the -- the substance of our
14   hearing.  It does look like JBM has just reincorporated
15   itself as KRC.  I -- that's what happened, isn't it?
16             MR. HESSE:  Are you asking --
17             THE COURT:  I am asking Defendants.
18   (Conversation in Spanish.)
19             MR. MARTINEZ:  No, sir.  That is not true.
20             THE COURT:  Why is it not true?  What is not
21   true about it.
22   (Conversation in Spanish.)
23             MR. MARTINEZ:  I don't speak too much English.
24   Okay?  And I'm sorry, you know, if I don't express right in
25   front of you.
```

```
                 1              THE COURT:  Yeah.  Okay.
                 2              MR. MARTINEZ:  When I made -- when I put my
                 3   company, I incorporated, because, you know, I was just a
                 4   supervisor.  I was a subcontractor.  And JBM was working at
11:02:26         5   the time.  Since I was start working on this kind of job,
                 6   you know, a lot of people have dreams, you know, and I made
                 7   it just because I want to grow up.  So this incorporated
                 8   different because I made it for myself, not -- I don't even
                 9   know, you know, what kind of problems it was on JBM,
11:02:53        10   because I was just a supervisor.  I was not include -- you
                11   know, I mean, don't know nothing about the, you know --
                12              THE COURT:  Okay.  Thank you.
                13              MR. MARTINEZ:  So it is different.  I mean --
                14              THE COURT:  Okay.  Mr. Hesse, anything you want
11:03:07        15   to say?
                16              MR. HESSE:  Not really, other than what's in
                17   the papers, Your Honor.  The only thing I'll add is Ms.
                18   Guillen -- and I might be mispronouncing her name -- she
                19   was an agent of both corporations and, of course, under
11:03:22        20   traditional principles of agency, what she knows is imputed
                21   to both of the entities.
                22              So even if you accept Mr. Martinez's
                23   representations as true, the entity, which is obviously a
                24   separate legal entity, is imputed with any knowledge she
11:03:43        25   had about the complaints, and she was an agent for both of
```

1 them.

2 THE COURT: Have you tried to obtain a lawyer
3 to represent you in this matter, Mr. Martinez?

4 **(Discussion in Spanish.)**

11:04:01  5 MR. MARTINEZ: I did. I was trying to get
6 someone, but my -- on my budget, I can't afford, you know,
7 to pay somebody. You know, that is easy for them. They --
8 these people, they are so smart, and if I have the money,
9 you know, to pay a lawyer, you know, I wish to have it,
11:04:23 10 because this -- they are like --

11 **(Discussion in Spanish.)**

12 THE COURT: They cost a lot, I know. But, I
13 think I referred you before to the Houston Volunteer
14 Lawyer's Program. There is a program for getting
11:04:39 15 representation for parties who can't pay lawyers.

16 **(Discussion in Spanish.)**

17 THE COURT: Okay. Well, I am going to -- I am
18 going to write an opinion on this matter, and I hope it
19 will be out shortly.

11:05:00 20 Anybody else want to say anything before
21 we adjourn?

22 MR. HESSE: No, Your Honor. Only that you cut
23 out and I thought I heard you say you were going to write
24 an opinion on the matter, and that is all I heard.

11:05:10 25 THE COURT: Yes. I am going to write an

```
 1  opinion.
 2              MR. HESSE:  Okay.  Nothing further from the
 3  plaintiff, Judge.
 4              THE COURT:  Anything further?  Anything else
 5  you want to say?
 6  (Conversation in Spanish.)
 7              MR. MARTINEZ:  I have too many things to say,
 8  but I didn't know -- I can't speak right.
 9              THE COURT:  Okay.  Thank you very much.  Thank
10  you.
11              MR. MARTINEZ:  Thank you, Judge.
12  (Proceedings concluded at 11:05 a.m.)
13                   COURT REPORTER'S CERTIFICATE
14
15      I, Kathleen K. Miller, certify that the foregoing is a
16  correct transcript from the record of proceedings in the
17  above-entitled matter.
18
19  DATE: Nov. 18, 2019      /s/     _Kathleen K. Miller
20                           Kathleen K. Miller, RPR, RMR, CRR
21
22
23
24
25
```

11:05:18 (line 5)
11:05:30 (line 10)