UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANGEL FLORES, CESAR HERNANDEZ, DEBORAH RIVERA, LAURA LOZOYA and SALLY A. MARTINEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JBM JANITORIAL MAINTENANCE, INC., KRC FLOOR MAINTENANCE, INC., VIRIDIANA GARCIA a/k/a VERIDIANA MARTINEZ, RAFAEL V. MARTINEZ and CECIL M. MARTINEZ,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § | No. 4:18-cv-01263<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SETTLEMENT

The parties have reached an agreement, in principle, to resolve this case. The agreement involves payments over time. Accordingly, the parties request that the Court administratively close this case. The parties intend on submitting a status report in 90 days and anticipate filing dismissal paperwork around that time.

- 2 -

      Respectfully submitted,

      MOORE & ASSOCIATES

By: _____
      Melissa Moore
      State Bar No. 24013189
      Federal Id. No. 25122
      Curt Hesse
      State Bar No. 24065414
      Federal Id. No. 968465
      Lyric Center
      440 Louisiana Street, Suite 1110
      Houston, Texas 77002
      Telephone: (713) 222-6775
      Facsimile: (713) 222-6739

      **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

As required by Fed. R. Civ. P. 5(a)(1), I certify that I served this document on all parties or their attorney(s) of record—who are listed below—in accordance with Fed. R. Civ. P. 5(b) as follows:

> Alfonso Kennard, Jr.
> Cristabel Jimenez
> KENNARD LAW P.C.
> 5120 Woodway Dr., Suite 10010
> Houston, Texas 77056
> Attorney(s) for Defendant(s)
> ☐ mail
> ☐ personal delivery
> ☐ leaving it at ☐ office ☐ dwelling
> ☐ leaving it with court clerk
> ☐ electronic means
> ☐ other means
> ☒ CM/ECF system

October 28, 2021
Date

Melissa Moore