United States District Court
Southern District of Texas
**ENTERED**
October 29, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANGEL FLORES, *et al.*, § § § § § § § § § § | |
| Plaintiffs, | |
| VS. | CIVIL ACTION NO. 4:18-CV-01263 |
| KRC FLOOR MAINTENANCE, INC., *et al.*, | |
| Defendants. | |

### CONDITIONAL ORDER OF DISMISSAL

The parties have filed a Notice of Settlement. (Doc. 55.) The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within ninety (90) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** ninety (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on October 29, 2021.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE