United States District Court
Southern District of Texas
**ENTERED**
June 13, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Angel Flores, *et al.*, | § § § § § § § § § | |
| Plaintiffs, | | |
| vs. | | 4:18-CV-01263 |
| JBM Janitorial Maintenance, Inc., *et al.*, | | |
| Defendants. | | |

## **ORDER**

A Status Conference shall take place before:

Judge Dena Hanovice Palermo

**Wednesday, June 14, 2022, at 12:00 p.m.**

by video

Each party must appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client. Counsel are to consult among themselves well in advance and exchange relevant documents in the case.

The Court will consider any motions, narrow issues, inquire about expected motions, and schedule discovery.

Parties will receive a zoom link by email.

Signed on June 13, 2022, at Houston, Texas.

*Dena Palermo*
Dena Hanovice Palermo
United States Magistrate Judge